# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2303

_____

| | | |
|---|---|---|
| Chester Allen Bettis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| State of Missouri; James Anthony | * | District Court for the |
| Gammon; Michael Shortridge; Howell | * | Western District of Missouri. |
| County, Missouri; John Wiles; | * | |
| Missouri Board of Probation and | * | [UNPUBLISHED] |
| Parole; Cranston Mitchell; Donnie | * | |
| Acklin; John C. Holstein, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 7, 1998
Filed: August 14, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Chester Allen Bettis appeals the district court's[1] order dismissing with prejudice his civil rights complaint on the ground that Bettis knowingly

---

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

misrepresented his litigation history on his application to proceed in forma pauperis. Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion.  See Romesburg v. Trickey, 908 F.2d 258, 260 (8th Cir. 1990).  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.  We deny as moot Bettis's motion on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.